E-FILED
Tuesday, 24 June, 2014 02:14:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| TEROW WILEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 13-CV-1381 |
| CITY OF PEORIA, ILLINOIS, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

On August 23, 2013, Plaintiffs filed their Complaint herein and paid all filing fees in full. Summonses were issued at that time and have been served on all Defendants with the exception of Defendant Nicholas B. Boone. Plaintiffs have not taken steps to perfect service on Defendant Boone. Federal Rule of Civil Procedure 4(m) directs that a plaintiff must serve a defendant within 120 days of filing of the Complaint. The 120 days for service has lapsed. Plaintiffs were directed by the Court in Text Order dated March 31, 2014 to perfect service on Defendant Boone on or before April 14, 2014, and advised if service was not perfected, the case against Defendant Boone was subject to dismissal for want of prosecution. As of this date, Plaintiffs have failed to comply with Rule 4(m). The Court

recommends that Plaintiffs' Complaint against Defendant Nicholas B. Boone be dismissed without prejudice for want of prosecution.

Plaintiffs are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:   June 24, 2014

  FOR THE COURT:

      ___s/ Tom Schanzle-Haskins_____
      TOM SCHANZLE-HASKINS
      UNITED STATES MAGISTRATE JUDGE